**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BGD LV Holding, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  Metal Partners International |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-3376744 |

4. Debtor's address

**Principal place of business**

3101 E. Craig Rd.
North Las Vegas, NV 89030
Number, Street, City, State & ZIP Code

Clark
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **BGD LV Holding, LLC**
          Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __3321__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | See Attachment | Relationship | _____ |
    |---|---|---|---|
    | District | _____ | When _____ | Case number, if known _____ |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  BGD LV Holding, LLC    Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    BGD LV Holding, LLC
         Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6-16-20
              MM / DD / YYYY

X _____    Joseph Tedesco
Signature of authorized representative of debtor    Printed name

Title    Responsible Person

**18. Signature of attorney**

X _____    Date    6-16-20
Signature of attorney for debtor                 MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone    702-382-1170    Email address    mzirzow@lzlawnv.com

7222 NV
Bar number and State

Debtor  BGD LV Holding, LLC                         Case number (if known)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____   Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | BCG Ownco, LLC | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |
| Debtor | BRG Holding, LLC | | | Relationship to you | Affiliate |
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |
| Debtor | Metal Partners Rebar, LLC | | | Relationship to you | Affiliate |
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |

**Fill in this information to identify the case:**

Debtor name  BGD LV Holding, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-16-20      X _____
                             Signature of individual signing on behalf of debtor

                             Joseph Tedesco
                             Printed name

                             Responsible Person
                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: BGD LV Holding, LLC
United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jacob Gurke  1144 Sandpiper Lane  Naperville, IL 60540 | | Possible claim against Debtor | Contingent  Unliquidated  Disputed | | | $0.00 |

## WRITTEN CONSENT OF SOLE MANAGER
## AND ALL MEMBERS OF BGD LV HOLDING, LLC

The undersigned, being the Sole Manager and all Members of BGD LV Holding, LLC, a Nevada limited liability company (the "Company"), hereby consent to the following actions and adopt the following resolutions:

**RESOLVED** that, in the judgment of the Manager and all Members, it is desirable and in the best interest of the Company, its creditors, and other interested parties that the Company file a voluntary petition for relief (the "Petition") to commence a case (the "Bankruptcy Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada, at such time as such Joseph Tedesco shall determine; and

**RESOLVED FURTHER**, that Joseph Tedesco is designated as the "responsible person" for the Company in the Bankruptcy Case for purposes of Federal Rule of Bankruptcy Procedure 9001(5); and

**RESOLVED FURTHER**, that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all actions that he deems necessary in connection with the Bankruptcy Case and in connection with the Company's assets and liabilities and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Saul Ewing Arnstein & Lehr LLP, as its bankruptcy counsel, for legal services relating to the filing of the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Larson & Zirzow, LLC, as its local bankruptcy counsel, for additional legal services relating to the filing the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER**, that the Company shall retain High Ridge Partners, LLC, as its financial advisor, for financial consulting services relating to the filing of the Petition and the Bankruptcy Case on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER**, that the Company shall retain SSG Advisors, LLC, as its investment banker, for services relating to the sale of all or part of the Company on such terms as Joseph Tedesco shall determine; and

**RESOLVED FURTHER**, that Joseph Tedesco is authorized and empowered, on behalf of and in the name of the Company, to obtain post-petition debtor-in-possession financing

according to terms negotiated, or to be negotiated, by Joseph Tedesco and to execute and deliver any documents relating thereto; and

**RESOLVED FURTHER,** that Joseph Tedesco and any other officers or representatives of the Company subsequently designated or appointed by Joseph Tedesco be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to effectuate the sale or liquidation of substantially all of the Company's assets through the Bankruptcy Case, and to further take any steps necessary to implement such sale or liquidation; and

**RESOLVED FURTHER,** that all acts, actions, and transactions previously taken or done, relating to the matters described in or contemplated by the foregoing resolutions, are hereby ratified and approved; and

**RESOLVED FURTHER,** that this consent may be executed and transmitted by facsimile or electronic mail.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of June __, 2020.

_____
Jose D. Carrera, Manager and Member

_____
David Day, Member

_____
Jake Holmes, Member

37041898.4

according to terms negotiated, or to be negotiated, by Joseph Tedesco and to execute and deliver any documents relating thereto; and

**RESOLVED FURTHER,** that Joseph Tedesco and any other officers or representatives of the Company subsequently designated or appointed by Joseph Tedesco be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to effectuate the sale or liquidation of substantially all of the Company's assets through the Bankruptcy Case, and to further take any steps necessary to implement such sale or liquidation; and

**RESOLVED FURTHER,** that all acts, actions, and transactions previously taken or done, relating to the matters described in or contemplated by the foregoing resolutions, are hereby ratified and approved; and

**RESOLVED FURTHER,** that this consent may be executed and transmitted by facsimile or electronic mail.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of June __, 2020.

_____
Jose D. Carrero, Manager and Member

_____
David Day, Member

_____
Jake Holmes, Member

37041898.4

according to terms negotiated, or to be negotiated, by Joseph Tedesco and to execute and deliver any documents relating thereto; and

**RESOLVED FURTHER,** that Joseph Tedesco and any other officers or representatives of the Company subsequently designated or appointed by Joseph Tedesco be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to effectuate the sale or liquidation of substantially all of the Company's assets through the Bankruptcy Case, and to further take any steps necessary to implement such sale or liquidation; and

**RESOLVED FURTHER,** that all acts, actions, and transactions previously taken or done, relating to the matters described in or contemplated by the foregoing resolutions, are hereby ratified and approved; and

**RESOLVED FURTHER,** that this consent may be executed and transmitted by facsimile or electronic mail.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of June 15, 2020.

_____
Jose D. Carrero, Manager and Member

_____
David Day, Member

_____   6/15/20
Jake Holmes, Member

37041898.4

## United States Bankruptcy Court
### District of Nevada

In re    BGD LV Holding, LLC                Case No.       
                               Debtor(s)       Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Responsible Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    6-16-20

                                               Joseph Tedesco/Responsible Person
                                               Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

BGD LV Holding, LLC
3101 E. Craig Rd.
North Las Vegas, NV 89030

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

HYG Financial Services, Inc.
Attn: Managing Member
300 E. John Carpenter Freeway
Irving, TX 75062-2712

Traxys North America LLC
Attn: Managing Member
825 Third Ave, 9th Floor
New York, NY 10022

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Gatehouse Las Vegas R.E. I, Inc.
Attn: Edward C. Roohan
5080 Cameron Street
Las Vegas, NV 89118

Jacob Gurke
1144 Sandpiper Lane
Naperville, IL 60540

Jose D. Carrero
c/o Metal Partners Rebar, LLC
392 Knights Run Ave., #1104
Tampa, FL 33602

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

HYG Financial Services, Inc.
Attn: Managing Member
P.O. Box 35701
Billings, MT 59107

Traxys North America LLC
Attn: Managing Member
299 Park Avenue, 38th Floor
New York, NY 10171